# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Donald T. Carmouche
Talbot, Carmouche, et al
17405 Perkins Road
Baton Rouge LA 70810

Victor L. Marcello
Talbot, Carmouche & Marcello
17405 Perkins Road
Baton Rouge LA 70810

Diane Adele Owen
Talbot, Carmouche & Marcello
17405 Perkins Road
Baton Rouge LA 70810

John Hogarth Carmouche
Talbot, Carmouche, et al
17405 Perkins Road
Baton Rouge LA 70810

David Paul Bruchhaus
Mudd & Bruchhaus
410 E. College Street
Lake Charles LA 70605

William R. Coenen, III
Talbot, Carmouche & Marcello
17405 Perkins Road
Baton Rouge LA 70810

Brian T. Carmouche
Talbot, Carmouche & Marcello
17405 Perkins Road
Baton Rouge LA 70810

Matthew P. Keating
Mudd & Bruchhaus
410 East College Street
Lake Charles LA 70605

Ross J. Donnes
Talbot Carmouche & Marcello
17405 Perkins Road
Baton Rouge LA 70810

Todd J. Wimberley
Talbot, Carmouche & Marcello
17405 Perkins Road
Baton Rouge LA 70810

## REHEARING ACTION: September 12, 2018

**Docket Number: 17   01144-CA**

**GRACE RANCH, LLC**
**VERSUS**
**BP AMERICA PRODUCTION COMPANY, ET AL.**

Judgment on rehearing rendered and mailed to all parties or counsel of record on **September 12, 2018**.

**Appealed from Jefferson Davis Parish Case No. 705-11**

**BEFORE JUDGES:**
    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Phyllis M. Keaty**
    **Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Grace Ranch, LLC** has this day been

    **DENIED.**
    Thibodeaux, C.J., would grant the rehearing.

cc: Russell Keith Jarrett, Counsel for the Appellee
    Kelly T. Scalise, Counsel for the Appellee
    Brittan Bush, Counsel for the Appellee
    George Arceneaux, III, Counsel for the Appellee
    Penny L. Malbrew, Counsel for the Appellee
    Court C. Vantassell, Counsel for the Appellee
    Mark LeRay McNamara, Counsel for the Appellee
    Katherine Seegers Roth, Counsel for the Appellee
    Kathryn Z. Gonski, Counsel for the Appellee
    Kelly B. Becker, Counsel for the Appellee
    Ike Huval, Counsel for the Appellee
    Carl M. Duhon, Counsel for the Appellee
    Bart R. Yakupzack, Counsel for the Appellee
    A. J. Gray, III, Counsel for the Appellee